```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RICHARD PINOCCI, an individual ) <br> doing business as ITALIAN FRENCH ) <br> BAKING COMPANY and ITALIAN FRENCH ) <br> BAKING CO. ) <br> ) <br> Defendant. ) <br> _____) | NO. C 06 4962 SI <br><br> ORDER TO CONTINUE CASE <br> <u>MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case originally set for January 19, 2007 to April ~~19~~ 27, 2007 at 2:00 p.m. in Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:_____    _____
                          Honorable Susan Illston

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE            1