```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC., | ) | NO. C 06 4962 SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO CONTINUE CASE |
| vs. | ) | <u>MANAGEMENT CONFERENCE</u> |
| | ) | |
| RICHARD PINOCCHI, an individual doing business as ITALIAN FRENCH BAKING COMPANY and ITALIAN FRENCH BAKING CO. | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Case Management Conference in this case originally set for June 22, 2007 be continued to the date and time of the motion for default judgment to be filed by plaintiff.

Dated:_____

_____
Honorable Susan Illston

The motion hearing date shall be September 29, 2997, at 9:00 a.m.

---

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE          1