ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | NO. C 06 4962 SI |
| Plaintiff, | |
| vs. | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| RICHARD PINOCCHI, an individual doing business as ITALIAN FRENCH BAKING COMPANY and ITALIAN FRENCH BAKING CO. | |
| Defendant. | |

IT IS ORDERED that the Case Management Conference in this case originally set for June 22, 2007 be continued to the date and time of the motion for default judgment to be filed by plaintiff.

Dated:_____

_____
Honorable Susan Illston

The motion hearing date shall be September 29, 2997, at 9:00 a.m.

28, 2007

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE        1