```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC., | ) | NO. C 06 4962 SI |
| Plaintiff, | ) | <u>ORDER AND DEFAULT JUDGMENT</u> |
| vs. | ) | (Proposed Form) |
| RICHARD PINOCCI, etc., | ) | |
| Defendant. | ) | |

Good cause appearing therefor, it is hereby ORDERED that default judgment be entered in favor of plaintiff, NORTHWEST ADMINISTRATORS, INC., against defendant, RICHARD PINOCCI, an individual, doing business as ITALIAN FRENCH BAKING COMPANY and as ITALIAN FRENCH BAKING CO., as follows:

| | | |
|---|---|---|
| 1. | Principal | $ 395.36 |
| 2. | Interest | 12.16 |
| 3. | Attorneys fees | 720.00 |
| 4. | Costs | 450.00 |
| | TOTAL: | $ 1,577.52 |

IT IS FURTHER ORDERED AND ADJUDGED in light of the

decision in <u>International Union of Operating Engineers v. Richard D. Karr</u>, No. 91-35846 (9th Cir. 1993), that the only issue raised in this proceeding through the date of this default judgment is the failure of defendant to pay known delinquent contributions for the month of July 2006 based upon unaudited financial information. The Court allows plaintiff to reserve its right to audit the defendant employer for any periods not previously audited, including the time period referred to above. Entry of the Judgment has no effect whatsoever on either (a) plaintiff's right to audit defendant and collect by subsequent legal action any sum found thereby to be due, or (b) plaintiff's right to collect by subsequent legal action any sums found to be due for any time period other than the one referred to above.

Date: 9/28/07

_____
Judge Susan Illston